# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MINKE WEEKS-WHATLEY, | Case No. 2:17-cv-02622-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 6) |
| BANK OF AMERICA, N.A., et al., | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement between Plaintiff and Defendant Equifax Information Services, LLC. Docket No. 6. The Court **ORDERS** these parties to file a stipulation of dismissal no later than January 30, 2018.

IT IS SO ORDERED.

DATED: December 4, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge